THE STATE OF OHIO, APPELLEE, *v.* JACKSON, APPELLANT.

2016-Ohio-8373.]

(No. 2016–1024—Submitted December 20, 2016—Decided December 27, 2016.)

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

Joseph R. Landusky, for appellant, Harry E. Jackson.